

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     FMC Technologies, Inc. v. Richard Murphy and Dril-Quip, Inc.

Appellate case number:   01-21-00455-CV

Trial court case number:  2020-63081

Trial court:              127th District Court of Harris County

Appellant, FMC Technologies, Inc., and Appellees Richard Murphy and Dril-Quip, Inc. have filed an Agreed Motion to Designate Sealed Portions of the Supplemental Reporter's Record.

The parties' motion is **granted.**

It is so ORDERED.

Judge's signature: _____ /s/ Julie Countiss _____
                        Acting individually

Date: April 7, 2022